**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DELAWARE RIVERKEEPER NETWORK, *et al.***,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DELAWARE RIVER BASIN COMMISSION, *et al.***,<br><br>*Defendants*. | No. 25-cv-16551<br><br>**ORDER** |

**O'HEARN, District Judge.**

This matter comes before the Court on a Motion for Summary Judgment, (ECF No. 22), by Plaintiffs Delaware Riverkeeper Network and Maya van Rossum, a Cross-Motion for Summary Judgment, (ECF No. 23), by Defendant Delaware River Basin Commission, and a Cross-Motion for Summary Judgment, (ECF No. 24), by Defendant Delaware River Partners LLC. The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 27th day of October, 2026,

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**; and it is further

**ORDERED** that Defendant Delaware River Partners LLC's Cross-Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Defendant Delaware River Basin Commission's Cross-Motion for Summary Judgment is **GRANTED**; it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE THIS CASE**.

**CHRISTINE P. O'HEARN**
**United States District Judge**

**Date:** October 27, 2026